## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
## WICHITA DIVISION

| | |
|---|---|
| EVERETT & PEGGY HENDERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 10-1275-JWL-DJW |
| ) | |
| KANSAS COUNSELORS, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## COMPLAINT AND DEMAND FOR JURY TRIAL

EVERETT & PEGGY HENDERSON ("Plaintiff"), through KROHN & MOSS, LTD., allege the following against KANSAS COUNSELORS, INC., ("Defendant"):

### INTRODUCTION

1. Plaintiffs' Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* ("FDCPA").

2. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

### JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Defendant is located and conducts business in the state of Kansas, therefore, personal jurisdiction is established.

5. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

6. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

## PARTIES

7. Plaintiffs are natural persons residing in Sedan, Chautauqua County, Kansas.

8. Plaintiffs are consumers as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant.

9. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*.

10. Defendant is a corporation with a business office in Wichita, Kansas.

11. Defendant is a collection agency that in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

## FACTUAL ALLEGATIONS

12. Defendant constantly and continuously places collection calls to Plaintiffs at 620-725-3420 from 316-942-0451 on a daily basis, multiples times per day for months, seeking and demanding payment for an alleged consumer debt.

13. Defendant has contacted Plaintiffs after 9:00 p.m. local time for the Plaintiffs.

14. Defendant has failed to provide anything in writing to the Plaintiffs evidencing the alleged debt.

15. Defendant's representatives are rude and abusive towards Plaintiffs in attempting to collect on the alleged consumer debt.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

16. Defendant violated the FDCPA based on the following:

   a. Defendant violated 1692c(a)(1) by contacting Plaintiff at any unusual time or place or a time or place known or which should be known to be inconvenient to the

consumer in that the Defendant contacted the Plaintiffs after 9:00 p.m. local time for the Plaintiffs;

    b. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse the Plaintiffs in connection with the collection of a debt;

    c. Defendant violated *§1692d(2)* of the FDCPA by using rude and abusive language when speaking to Plaintiffs; and

    d. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and/or harass Plaintiffs.

17. As a direct and proximate result of one or more or all of the statutory violations above Plaintiffs have suffered emotional distress.

WHEREFORE, Plaintiffs, EVERETT & PEGGY HENDERSON, respectfully request judgment be entered against Defendant, KANSAS COUNSELORS, INC., for the following:

18. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act;

19. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*; and

20. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*.

21. Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

By: _____/s/ Raymond Probst___
Raymond E. Probst, Jr.
The Probst Law Firm, P.A.
827 Armstrong Ave.
Kansas City, KS 66101
913.281.0699
913.321.0199 facsimile
RProbst@Probst-Law.com


Of Counsel
Krohn and Moss, LTD.
10474 Santa Monica Blvd, Suite 401
Los Angeles, CA 90025


## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiffs, EVERETT & PEGGY HENDERSON, demand a jury trial in this case in Wichita, Kansas.

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF KANSAS

Plaintiff, PEGGY HENDERSON, states the following:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, PEGGY HENDERSON, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

_5/7/10_
Date

_Peggy Henderson_
PEGGY HENDERSON

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF KANSAS

Plaintiff, EVERETT HENDERSON, states the following:

1. I am the Plaintiff in this civil proceeding.

2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.

3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.

4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.

5. I have filed this Complaint in good faith and solely for the purposes set forth in it.

6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.

7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, EVERETT HENDERSON, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

May 7, 2010
Date

Everett E. Henderson
EVERETT HENDERSON