# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# WICHITA DIVISION

| | | |
|---|---|---|
| EVERETT & PEGGY HENDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 10-cv-1275-JWL-DJW |
| | ) | |
| KANSAS COUNSELORS, INC. | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SETTLEMENT**
**(Unlawful Debt Collection Practices)**

### NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, EVERETT & PEGGY HENDERSON, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

///

///

Respectfully Submitted,

DATED:  October 26, 2010		KROHN & MOSS, LTD.

By: _____/s/ Raymond Probst____
   Raymond E. Probst, Jr.
   The Probst Law Firm, P.A.
   827 Armstrong Ave.
   Kansas City, KS 66101
   913.281.0699
   913.321.0199 facsimile
   RProbst@Probst-Law.com


   Of Counsel
   Krohn and Moss, LTD.
   10474 Santa Monica Blvd, Suite 401
   Los Angeles, CA 90025